THE CITY OF CHICAGO, Appellant, *vs.* MATHIAS SCHMID-INGER, Appellee.

*Opinion filed December 22, 1909.*

This case is controlled by the decision in *City of Chicago* v. *Schmidinger,* (*ante,* p. 167.)

APPEAL from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding.

EDWARD J. BRUNDAGE, Corporation Counsel, EDWIN H. CASSELS, EMIL C. WETTEN, and CLARENCE N. BOORD, for appellant.

RUBENS, FISCHER & MOSSER, for appellee.

Per CURIAM: The principles involved in this case are the same as those in the case of *City of Chicago* v. *Schmidinger,* (*ante,* p. 167,) and in accordance with the views expressed in that opinion the judgment must be reversed in this case.

The judgment of the circuit court will be reversed and the cause remanded for a new trial.

*Reversed and remanded.*